# Public Ledger Co., Appellant, *v.* Kleinman.

*Practice, C. P. — Judgment — Judgment entered by default — Opening—Discretion of court.*

A judgment entered for want of a sufficient affidavit of defense is properly opened, where it appears from the petition to open the judgment, duly supported by depositions, that an affidavit of defense, alleging payment, had been sworn to and was ready for filing on December 15th, and that if it had been filed that day judgment would have been prevented, but that the attorney in the case had neglected to file it until December 17th, and that in the meantime the judgment was entered.

A petition to open a judgment entered by default is addressed to the sound discretion of the court and, in the absence of any proof of abuse of such discretion, the action of the court will not be reversed on appeal.

Argued October 21, 1921. Appeal, No. 77, Oct. T., 1920, by plaintiff, from judgment of Municipal Court of Philadelphia, Dec. T., 1919, No. 37, making absolute rule to open judgment in the case of Public Ledger Co. v. H. J. Kleinman. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Affirmed.

Rule to open judgment.

The facts are stated in the opinion of the Superior Court.

The court made absolute the rule to open the judgment. Plaintiff appealed.

*Error assigned* was the order of the court.

*John Krauss, Jr.,* for appellant.

*Matthew Randall,* and with him *Clinton A. Sowers,* for appellee.

OPINION BY TREXLER, J., March 5, 1921:

Judgment was entered against the defendant for want of an affidavit of defense. His counsel promptly presented a petition to have it opened, and at the same time proffered an affidavit of defense showing that the plaintiff's claim had been paid. The petition was supported by depositions. The affidavit of defense was sworn to and ready for filing on December 15th, and if it had been filed on that day judgment would have been prevented. The attorney in the case neglected to file it until December 17th, and in the meantime judgment was entered.

The court opened the judgment and in so doing acted within its sound discretion. See Cinnaminson Park Company v. Laws, 63 Pa. Superior Ct. 189; Fuel City Manufacturing Company v. Waynesburg Products Corporation, 268 Pa. 441.

Judgment affirmed.